UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS R. MERTZ,<br>　　　Plaintiff,<br><br>-v-<br><br>BYRON CENTER PUBLIC SCHOOLS,<br>et al.,<br>　　　Defendants. | No. 1:18-cv-1392<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 92), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

**Date:** July 15, 2021　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　United States District Judge